# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN HURTADO,

                Plaintiff,

v.

WELLS FARGO BANK, *et al.,*

                Defendants.

Case No. 3:24-cv-00233-CLB

**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS***

On June 6, 2024, Plaintiff Steven Hurtado ("Hurtado") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 3-1). Hurtado submitted a blank application to proceed *in forma pauperis* and has not paid the full $405 filing fee for this matter.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Hurtado the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Friday, August 9, 2024**, Hurtado will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a **completed** Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Hurtado's civil rights complaint, (ECF No. 3-1), but will not file it unless and until Hurtado timely complies with this order.

**DATED**: June 10, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**